JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHAVIN PATEL, et al., | CV 24-493 PA (PDx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| CITY OF LOS ANGELES, | |
| Defendant. | |

Pursuant to the Court's April 4, 2024 Minute Order granting Defendant City of Los Angeles' Motion to Dismiss Plaintiffs Bhavin Patel and Jerubha Life LLC's (collectively "Plaintiffs") First Amended Complaint with leave to amend, Plaintiffs' Notice to Stand on First Amended Complaint and Not Amend, and the Court's April 29, 2024 Minute Order dismissing the federal claims filed by Plaintiffs and declining to exercise supplemental jurisdiction over the remaining state law claim asserted by Plaintiffs;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant City of Los Angeles on Plaintiffs' first, second, third, fourth, fifth, sixth, and seventh claims.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state law claim, and that claim is dismissed without prejudice. See 28 U.S.C. § 1367(c)(3).

1 | Defendant City of Los Angeles is awarded its costs of suit.

2 | IT IS SO ORDERED.

4 | DATED: April 29, 2024

                                                         _____
                                                                        Percy Anderson
                                                            UNITED STATES DISTRICT JUDGE

-2-